FILED
CLERK, U.S. DISTRICT COURT

MAR 10 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERAYN CHARDEGIA WALKER, ) <br> ) <br> Defendant. ) <br> _____ ) | CR 01-00352-DDP <br><br> ORDER OF DETENTION AFTER HEARING <br> (Fed.R.Crim.P. 32.1(a)(6) <br> 18 U.S.C. § 3143(a) <br> Allegations of Violations of <br> Probation/Supervised Release <br> Conditions) |

On arrest warrant issued by the United States District Court for the CDCA involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

    A.  ( ✓ ) the appearance of defendant as required; and/or

    B.  ( ✓ ) the safety of any person or the community.

    The Court concludes:

    A.  ( ✓ ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _she presently comply with conditions of release_

B. (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _she can presently comply with conditions of release_

IT IS ORDERED w/o prejudice defendant be detained.

DATED: March 10, 2009

_____
CAROLYN TURCHIN
U.S. MAGISTRATE/DISTRICT JUDGE